bursements, and motion granted. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

WILLIAM H. HUNT, Appellant, v. ÆTNA LIFE INSURANCE COMPANY OF HARTFORD, CONNECTICUT, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

DAISY W. LEVY, Appellant, v. MORRIS LEVY, Respondent.— Order modified by allowing plaintiff the sum of twenty-five dollars per week alimony as and for her support and maintenance, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

RAYNALDO P. JACQUES, Respondent, v. ADAMS INDUSTRIES, INC., and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JAMES QUEEN, Respondent, v. CHARLES E. FRYER, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

PETER FORREST, Respondent, v. A. E. NORTON, INC., Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Conserve the Assets for the Benefit of the Creditors of the SECOND RUSSIAN INSURANCE COMPANY, and the Interests of Its Policyholders, Creditors, Stockholders and the Public. Claims of FRED S. JAMES & COMPANY, HAGEDORN & COMPANY and THORMOD JULLUM.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy and Proskauer, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Conserve the Assets for the Benefit of the Creditors of the FIRST RUSSIAN INSURANCE COMPANY Established in 1827, and the Interests of Its Policyholders, Creditors, Stockholders and the Public. Claim of FRED S. JAMES & COMPANY.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy and Proskauer, JJ.

HARRY SMITH, Respondent, v. STANLEY MARK STRAND COMPANY OF NEW YORK, Appellant.— Order modified by directing the defendant corporation to appear by its officer, and as so modified affirmed, with costs to the respondent. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

COLEMAN R. CHAMBERLAIN, Appellant, v. ANTONIO CIRRINCIONE, Respond-